1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7

8  Attorneys for Defendants

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12 KINGSLEY GEORGE BAIDOO,              )
   ELIZABETH BROWN-BAIDOO,              ) No. C 09-1513 TEH
13                                      )
                  Plaintiffs,            )
14                                      ) **STIPULATION TO EXTEND DATES;**
              v.                        ) **AND [PROPOSED] ORDER**
15                                      )
   ERIC HOLDER, United States Attorney General, )
16 JANET NAPOLITANO, Secretary of Homeland )
   Security; ROBIN BARRETT, Field Office )
17 Director for the Citizenship and Immigration )
   Services, San Francisco District Office, )
18                                      )
                  Defendants.            )
19 _____ )

20     Plaintiffs, by and through their attorney of record, and Defendants by and through their

21 attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

22     1. Plaintiffs filed this action on or about April 7, 2009.  Defendants' response is due on June

23 8, 2009.

24     2. Plaintiffs are scheduled to appear before an immigration judge (IJ) on June 16, 2009, in San

25 Francisco, California..

26     3. Therefore, the parties hereby respectfully ask this Court to a 90-day extension of time

27 within which the Defendants must serve its answer in the above-entitled action.  Defendants will

28 file their answer on or before September 8, 2009.

Stipulation to Extend
C09-1513 TEH                             1

1  Date: June 4, 2009                                    Respectfully submitted,

2                                                        JOSEPH P. RUSSONIELLO
                                                         United States Attorney
3

4                                                        _____/s/_____
                                                         ILA C. DEISS[1]
5                                                        Assistant United States Attorney
                                                         Attorneys for Defendants
6

7
                                                         _____/s/_____
8  Date: June 4, 2009                                    LOVE MACIONE
                                                         Attorney for Plaintiffs
9

10                                  **ORDER**

11       Pursuant to stipulation, IT IS SO ORDERED.

12
   Date:   06/05/09
13                                                       _____
                                                         THELTON E. HENDERSON
14                                                       United States District Judge

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson)

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Extend
C09-1513 TEH                                    2