1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169

8 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KINGSLEY GEORGE BAIDOO, ELIZABETH BROWN-BAIDOO, | No. C 09-1513 TEH |
| Plaintiffs, | |
| v. | **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |
| ERIC HOLDER, United States Attorney General, JANET NAPOLITANO, Secretary of Homeland Security; ROBIN BARRETT, Field Office Director for the Citizenship and Immigration Services, San Francisco District Office, | |
| Defendants. | |

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action.

///
///
///
///

Stipulation to Dismiss
C09-1513 TEH                                                   1

1 | Each of the parties shall bear their own costs and fees.

2 | Date: September 10, 2009          Respectfully submitted,

3 |          JOSEPH P. RUSSONIELLO
United States Attorney

4

5 |          /s/

6 | ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

7

8

9 | Date: September 10, 2009          /s/
LOVE MACIONE
Attorney for Plaintiffs

10

11 | **ORDER**

12 | Pursuant to stipulation, IT IS SO ORDERED.

13

14 | Date: 09/11/09          THELTON E. HENDERSON
United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Dismiss
C09-1513 TEH          2